Clifton BAXTER, Appellant,

v.

William A. HALTER, Acting Commissioner, Social Security Administration, Appellee.

No. 00–2657.

United States Court of Appeals, Eighth Circuit.

Submitted March 16, 2001.

Filed March 21, 2001.

---

* The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

toe, and heal compression fractures. An administrative law judge (ALJ) concluded Baxter could not return to his past relevant work, but he retained the residual functional capacity to perform other work, and thus was not disabled. The Appeals Council denied review, making the ALJ's ruling the final decision of the Commissioner of Social Security. Baxter then sought judicial review, and the district court* held substantial evidence supported the ALJ's decision. On appeal, Baxter contends he is disabled because he meets the criteria in Listing 1.03 for arthritis of a major weight-bearing joint. Having carefully considered the record, we affirm for the reasons given by the district court. *See* 8th Cir. R. 47B.

Before RICHARD S. ARNOLD, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Clifton Baxter sought disability insurance benefits asserting he was disabled as a result of severe posttraumatic arthritis in both ankles, amputation of the left great

---

* The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.